1    Patrick C. Mullin (Cal. Bar No. 72041)
     Douglas G.A. Johnston (Cal. Bar No. 268880)
2    JACKSON LEWIS P.C.
     50 California Street, 9th Floor
3    San Francisco, CA 94111
     Telephone: (415) 394-9400
4    Facsimile: (415) 394-9401
     Email: mullinp@jacksonlewis.com
5    Email: douglas.johnston@jacksonlewis.com

6    Attorneys for Defendant
     SUTTER HOME WINERY, INC., d/b/a
7    TRINCHERO FAMILY ESTATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVALITA JENKINS, TRACEY JENKINS, SAMUEL WILLIAMS,<br><br>                Plaintiffs,<br><br>v.<br><br>AEROTEK, INC., a corporation; TRINCHERO FAMILY ESTATES, an unknown business entity, SUTTER HOME WINERY, INC., a corporation; and DOES 1 to 25,<br><br>                Defendants. | Case No. 3:16-cv-05000-EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT DEADLINES; [PROPOSED] ORDER**<br><br>Complaint Filed:   August 31, 2016<br>Trial Date:            January 22, 2018 |

        Plaintiffs AVALITA JENKINS, TRACEY JENKINS, and SAMUEL WILLIAMS and Defendants SUTTER HOME WINERY, INC., d/b/a TRINCERO FAMILY ESTATES INC. and AEROTEK, INC., by and through their respective attorneys of record, jointly submit this Stipulation to Continue Discovery Cut-off and Mediation Deadline & [Proposed] Order.

        By this Court's Case Management and Pretrial Order for Jury Trial dated December 8, 2016 (Dkt. No. 30) the Parties were ordered to complete non-expert discovery no later than July 20, 2017, exchange opening expert reports no later than July 20, 2017, exchange rebuttal expert reports no later than August 10, 2017, and complete expert discovery no later than August 31, 2017. Any dispositive motions were to be heard no later than October 12, 2017.

At the status conference held on April 27, 2017, the Court ordered the parties to schedule a second mediation session in July 2017 after completion of discovery. A further status conference was scheduled for August 3, 2017 with an updated joint status report to be filed by July 27, 2017. See Civil Minutes dated April 27, 2017 (Dkt. No. 36).

Following the April 27, 2017 status conference, the Parties have determined that they will be unable to complete discovery and meaningfully participate in mediation by July 31, 2017 due to the anticipated scope of discovery and the additional complication of summer vacation scheduling with clients and counsel.

The Parties have diligently pursued discovery in this matter, however, the depositions have been delayed due to unavailability of witnesses and counsel. Depositions of defendants' witnesses have commenced, but not concluded, and plaintiffs' depositions are pending.

The Parties have not previously requested an extension of the deadline to complete discovery and the court-ordered mediation.

For the good cause reasons stated above, the Parties respectfully request this Court extend the deadline to complete mediation to September 29, 2017, to provide the Parties additional time to complete necessary pre-mediation discovery and mediation. The Parties further respectfully request this Court extend the fact discovery cut-off until September 29, 2017, and the expert discovery cut-off until October 31, 2017, with opening expert reports due no later than September 29, 2017 and rebuttal expert reports due no later than October 10, 2017. The Parties further respectfully request that the Court continue the presently scheduled August 3, 2017 status conference to a date following the Parties' completion of mediation as convenient to the Court.

Further, the Parties respectfully request this Court extend the deadline for hearing on any dispositive motions to November ~~30~~ 9, 2017. This will enable counsel to receive all necessary deposition transcripts and prepare motions for filing following the new date for discovery cut-off.

The Parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

**IT IS SO STIPULATED.**

Dated: June 29, 2017                           JACKSON LEWIS P.C.

                                               By: /s/ Douglas G.A. Johnston
                                                   Patrick C. Mullin
                                                   Douglas G.A. Johnston
                                                   Attorneys for Defendant
                                                   SUTTER HOME WINERY, INC.,
                                                   d/b/a TRINCHERO FAMILY ESTATES

Dated: June 29, 2017                           EPSTEIN BECKER & GREEN, P.C.

                                               By: /s/ Matthew Goodin
                                                   Steven R. Blackburn
                                                   Matthew A. Goodin
                                                   Attorneys for Defendant
                                                   AEROTEK, INC.

Dated: June 29, 2017                           MCCORMACK & ERLICH, LLP

                                               By: /s/ Bryan J. McCormack
                                                   Bryan J. McCormack
                                                   Attorneys for Plaintiffs
                                                   AVALITA JENKINS, TRACEY
                                                   JENKINS, and SAMUEL WILLIAMS

**ORDER**

GOOD CAUSE APPEARING THEREFORE, and the Parties' having stipulated to the same, the Parties' stipulation is hereby APPROVED. The mediation completion deadline currently set for July 31, 2017, is continued to September 29, 2017, the fact discovery cut-off is continued until September 29, 2017 and the expert discovery cut-off is continued until October 31, 2017, with opening expert reports due no later than September 29, 2017 and rebuttal expert reports due no later than October 10, 2017. Dispositive motions must be heard no later than November ~~30~~ 9, 2017. The Further Case Management Conference scheduled for August 3, 2017, is continued to October 12, 2017, at 10:30am, with an updated joint status report filed by October 5, 2017.

**IT IS SO ORDERED.**

Dated: 7/6/2017



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4825-7046-4586, v. 2