Bryan J. McCormack, Cal. Bar No. 192418
  Email: *bryan@mcelawfirm.com*
MCCORMACK & ERLICH, LLP
150 Post Street, Suite 742
San Francisco, CA 94108
Tel:  (415) 296-8420
Fax:  (415) 296-8552

Attorney for Plaintiffs
AVALITA JENKINS, TRACEY JENKINS
and SAMUEL WILLIAMS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVALITA JENKINS, TRACEY JENKINS, SAMUEL WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>AEROTEK, INC., a corporation; TRINCHERO FAMILY ESTATES, an unknown business entity, SUTTER HOME WINERY, INC., a corporation; and DOES 1 to 25,<br><br>Defendants. | Case No. 3:16-CV-05000-EMC<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

## **DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Avalita Jenkins, Tracey Jenkins, and Samuel Williams, and Defendants Aerotek, Inc., Trinchero Family Estates, and Sutter Home Winery, Inc., acting through their respective counsel of record, hereby stipulate to dismiss the above-captioned case with prejudice. Each party agrees to bear its own costs and expenses.

IT IS SO STIPULATED.

McCORMACK & ERLICH, LLP
150 POST STREET, SUITE 742, SAN FRANCISCO, CA 94108
TELEPHONE: (415) 296-8420

| | | |
|---|---|---|
| DATED: October 16, 2017 | | McCORMACK AND ERLICH, LLP |
| | | By: /s/ Bryan J. McCormack |
| | | Attorneys for Plaintiffs Avalita Jenkins, Tracey Jenkins, and Samuel Williams |
| DATED: October 16, 2017 | | EPSTEIN, BECKER & GREEN, P.C. |
| | | By: /s/ Michael Kun |
| | | Attorneys for Defendant Aerotek, Inc. |
| DATED: October 16, 2017 | | JACKSON LEWIS P.C. |
| | | By: /s/ Patrick Mullin |
| | | Attorney for Defendant SUTTER HOME WINERY, INC., d/b/a TRINCHERO FAMILY ESTATES |

**ORDER**

Based on the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, with each Party to bear its own attorneys' fees and costs.

Dated: 11/20/17

_____
HON. [signature] EN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED
Judge Edward M. Chen